UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KERVIN ALEXANDER VENTURA,

Defendant.

Case No.  24-cr-00528-CRB-2   (TSH)

**INTERIM CONDITION OF RELEASE (RULE 32.1(A)(6))**

As discussed at the May 11, 2026 hearing, and in keeping with the parties' stipulation at ECF No. 67, pursuant to Federal Rule of Criminal Procedure 32.1(a)(6), the Court adds an interim condition of release (while the form 12 is pending) that Defendant Kervin Ventura must participate in residential treatment and comply with the rules of the program.  As soon as bed space becomes available, the parties shall submit a proposed release order.

**IT IS SO ORDERED.**

Dated: May 13, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge