IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-24-528 CRB (TSH)** |
| Plaintiff, | |
| vs. | **ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |
| KERVIN ALEXANDER VENTURA, | |
| Defendant. | |
| | Court:  Hon. Thomas S.  Hixson United States Magistrate Judge |

The United States Marshal is hereby directed to release the Defendant Kervin Ventura from the San Francisco County Jail, located at 850 Bryant Street, San Francisco California on Thursday May 28, 2026 **at 9:00 a.m.** The Defendant's release is pursuant to the terms of this Court's Order of May 13, 2026, modifying the Defendant's Supervised Release conditions to include residential drug treatment. *See* Dkt. 68 ("Interim Condition of Release (Rule 32.1(A)(6))". Immediately upon release after court, the Defendant is ordered to report directly to residential treatment at the Newbridge

ORDER FOR RELEASE
FROM UNITED STATES MARSHALS CUSTODY

Foundation in Berkeley, CA, accompanied by his mother (or other responsible adult approved by this Court).

All other previously-ordered Supervised Release conditions remain in effect.

IT IS SO ORDERED.

Dated: May 27, 2026.

_____
HONORABLE THOMAS S. HIXSON
United States Magistrate Judge

ORDER FOR RELEASE
FROM UNITED STATES MARSHALS CUSTODY