K. ALEXANDRA McCLURE CASBN 189679
Law Offices of Alexandra McClure
217 Leidesdorff Street
San Francisco, CA 94111
(415) 814-3397
alex@alexmcclurelaw.com

Counsel for Defendant VENTURA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KERVIN VENTURA,<br>Defendant. | NO. CR 24-528 CRB<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE FORM 12 STATUS HEARING FROM JULY 29, 2026, TO AUGUST 26, 2026** |

Counsel for defendant Kervin Ventura and counsel for the United States, AUSA Christine Chen, hereby file this stipulation and proposed order to continue the status hearing on the pending Form 12 Petition from July 29, 2026, to August 26, 2026, at 1:30 p.m. Mr. Ventura is currently residing at Newbridge, receiving mental health and substance abuse treatment.

DATED: July 17, 2026

*/s/ K. Alexandra McClure*

K. ALEXANDRA MCCLURE
Counsel for Defendant KERVIN VENTURA

DATED: July 17, 2026

*/s Christine Chen*

CHRISTINE CHEN
Assistant United States Attorney

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the status hearing on the Form 12 in this matter is continued from July 29, 2026, to August 26, 2026, at 1:30 p.m.

IT IS SO ORDERED.

DATED: July 20, 2026

HON. CHARLES R. BREYER
Sr. United States District Court Judge